UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ANDREW P. FLOOD, | ) | |
| | ) | |
|       PLAINTIFF | ) | |
| | ) | |
| v. | ) | NO. 1:11-CV-303-DBH |
| | ) | |
| ALLEN E. HUNTER, | ) | |
| | ) | |
|       DEFENDANT | ) | |

ORDER ON PLAINTIFF'S MOTIONS TO REOPEN CASE AND
AMEND COMPLAINT

The plaintiff's motions are **DENIED** for the same reasons stated in my September 23, 2011, Order Affirming Recommended Decision of the Magistrate Judge, relying on <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994).

SO ORDERED.

DATED THIS 13TH DAY OF DECEMBER, 2011

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE